IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JIMMIE DENNING** § | | |
| *Plaintiff*, § | | |
| § | | |
| V. § | | |
| § | | |
| § | CIVIL ACTION NO. 3:19-cv-00226 | |
| § | JURY | |
| § | | |
| **GEOVERA SPECIALTY INSURANCE** § | | |
| **COMPANY** § | | |
| *Defendant*. § | | |

## INDEX OF MATTERS BEING FILED

Pursuant to Rule 81 of the Local Rules of the Untied States District Court for the Southern Distrcit of Texas, the following is an index of matters being filed in this case:

1. Notice of Removal;

2. A copy of the Brazoria County Clerk's file for this case (Exhibit 2), including:

    a. State Court Docket Sheet;
    b. Plaintiff's Original Petition;
    d. Defendant GeoVera Specialty Insurance Company's Original Answer to Plaintiff's Original Petition;

3. Designation of Counsel (Exhibit 3).

**EXHIBIT 1**

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Rhonda J. Thompson*
**Rhonda J. Thompson,** *Attorney-in-Charge*
State Bar No. 24029862
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com

and

OF COUNSEL:

Susan Sparks Usery
Thompson, Coe, Cousins & Irons, L.L.P.
State Bar No. 18880100
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
Email: susery@thompsoncoe.com

**ATTORNEYS FOR GEOVERA SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of July, 2019, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure.

Omar Ochoa
Omar Ochoa Law Firm
121 N. 10th Street
McAllen, Texas 78501
oochoa@omarochoalaw.com
*Attorney for Plaintiff*

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson